# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEARLINA STORY, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 13-1429<br>) |
| REPUBLIC BANK, a/k/a<br>REPUBLIC FIRST BANK | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

# ORDER

On January 8, 2014, Defendant REPUBLIC FIRST BANK a/k/a REPUBLIC BANK ("Defendant"), moved to transfer the Complaint filed by Plaintiff, PEARLINA S. STORY ("Plaintiff") to the Eastern District of Pennsylvania pursuant to Federal Rules of Civil Procedure 12(b)(3) and 28 U.S.C. §1406(a).

AND NOW, this 10th day of January, 2014, it is hereby ORDERED, ADJUDGED, AND DECREED that the Plaintiff shall file a Response to Defendant's Motion to Transfer Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(3) and 28 U.S.C. §1406(a) no later than January 31, 2014.

          s/Maurice B. Cohill, Jr.
          Maurice B. Cohill, Jr.
          Senior United States District Court Judge

cc:    Pearlina Story
       1447 Foliage Street
       Wilkinsburg, PA 15221