# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEARLINA STORY, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 13-1429 |
| REPUBLIC BANK, a/k/a REPUBLIC FIRST BANK | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 2nd day of April, 2014, it is hereby ORDERED, ADJUDGED, AND DECREED that the Clerk of the Court will transfer this case to the United States District Court for the Eastern District of Pennsylvania FORTHWITH.

                                                s/Maurice B. Cohill, Jr.
                                                Maurice B. Cohill, Jr.
                                                Senior United States District Court Judge

cc:    Pearlina S. Story, *pro se*
        1447 Foliage Street
        Wilkinsburg, PA 15221